760 A.2d 848

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Gary COLEMAN, Respondent.

Supreme Court of Pennsylvania.

Oct. 23, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of October, 2000, the Petition for Allowance of Appeal and the Petition to Supplement Petition for Allowance of Appeal/Petition for Post–Submission Communications are hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court for consideration in light of *Commonwealth v. Glass,* 562 Pa. 187, 754 A.2d 655 (2000).